CLOSED

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Sherman)
# CRIMINAL DOCKET FOR CASE #: 4:15−mj−00495−CAN−1

Case title: USA v. Crumpley  
Other court case number: 3:15cr431−K Northern District of Texas

Date Filed: 12/10/2015  
Date Terminated: 12/11/2015

Assigned to: Magistrate Judge Christine A. Nowak

**Defendant (1)**

**Laura Christine Crumpley**  
*TERMINATED: 12/11/2015*

represented by **Robert Gerard Arrambide**  
Office of the Federal Defender − Eastern District  
7460 Warren Parkway  
Ste 270  
Frisco, TX 75034  
469−362−8506  
Fax: 469−362−6010  
Email: robert_arrambide@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:846=CP.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Christopher Andrew Eason** <br> U S Attorney's Office − Plano <br> 101 E Park Blvd <br> Suite 500 <br> Plano, TX 75074 <br> 972−509−1201 <br> Fax: 972−509−1209 <br> Email: chris.eason@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/10/2015 | | 4 | Arrest (Rule 5c) of Laura Christine Crumpley (pad, ) (Entered: 12/11/2015) |
| 12/11/2015 | 2 | 3 | Minute Entry for proceedings held before Magistrate Judge Christine A. Nowak:Initial Appearance in Rule 5(c)(3) Proceedings as to Laura Christine Crumpley held on 12/11/2015 (Court Reporter Digital Recording.) (pad, ) (Entered: 12/11/2015) |
| 12/11/2015 | 3 | 5 | SEALED CJA 23 Financial Affidavit by Laura Christine Crumpley (pad, ) (Entered: 12/11/2015) |
| 12/11/2015 | 4 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Laura Christine Crumpley. Signed by Magistrate Judge Christine A. Nowak on 12/11/2015. (pad, ) (Entered: 12/11/2015) |
| 12/11/2015 | 5 | 7 | WAIVER of Rule 5(c)(3) Hearing by Laura Christine Crumpley (pad, ) (Entered: 12/11/2015) |
| 12/11/2015 | 6 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Laura Christine Crumpley. Defendant committed to Northern District of Texas.. Signed by Magistrate Judge Christine A. Nowak on 12/11/2015. (pad, ) (Entered: 12/11/2015) |

DATE __12/11/2015__   CASE NUMBER __4:15mj495__
LOCATION __Sherman__   USA _____ Assigned
JUDGE __Christine A. Nowak__   V __Chris Eason, AUSA__ Appeared
DEPUTY CLERK __Keary Conrad__
COURT REPORTER __Digital Recording__   __Laura Christine Crumpley__
USPO: _____   Defendant
Interpreter: __not required__   __Robert Arrambide, FPD__
BEGIN: __10:47am / 10:53am__   Attorney

- [ ] INITIAL APPEARANCE ON COMPLAINT (other district) _____
- [x] INITIAL APPEARANCE ON INDICTMENT (other district) __3:15CR431-K (ND/TX)__

- [x] Hearing Held   [x] Hearing Called   [ ] Defendant Sworn   [ ] Interpreter Required
- [x] Dft appears: [ ] with  [x] without counsel   [ ] pro se   [ ] Counsel appears on behalf of defendant
  Appears on: [ ] Complaint  [x] Indictment
- [x] Date of arrest: __12/10/2015__   Or [ ] Rule 40  (Other district & case #) __3:15CR431-K (ND/TX)__
- [x] Dft  [x] advised of charges   [x] advised of maximum penalties   [x] advised of right to remain silent;
        [x] advised of right to counsel   [x] received copy of indictment   [x] advised of Rule 20 by the Court
        [ ] received copy of complaint
- [ ] Dft first appearance with counsel  [ ] CJA appointed  [ ] Retained  [ ] Federal Public Defender appointed
  Attorney: _____
- [ ] Defendant advises the Court that he/she [ ] has counsel who is _____ or, [ ] will hire counsel.
- [ ] If dft cannot retain counsel, the court is to be advised within ___ days so counsel may be appointed.
- [ ] Defendant requests appointed counsel, is sworn & examined re: financial status.
- [x] Financial affidavit executed by dft. The court finds the defendant [ ] able  [x] unable to employ counsel.
- [ ] _____ appointed   U.S. Pub Defender __Robert Arrambide__ appointed
- [ ] Preliminary hearing requested   [ ] Defendant waived preliminary earing
- [ ] Preliminary hearing set for _____
- [x] Identity hearing requested (oral)
- [x] Govt motion for detention  [ ] Govt oral motion for continuance   [ ] Oral Order granting  [ ] Oral Order denying
- [ ] Defendant oral motion to continue preliminary and detention hearing   [ ] Oral Order granting  [ ] Oral Order denying
- [ ] Detention Hrg set _____
- [ ] Order setting conditions of release   [ ] PR Bond executed; dft released   [ ] Not executed at this time
- [x] Defendant signed Waiver of Rule 5 and Rule 5.1 Hearings
    - [ ] Defendant waives identity hearing
    - [ ] Defendant waives preliminary hearing
    - [ ] Defendant waives detention hearing
    - [x] Defendant waives identity hearing, production of warrant and any preliminary or detention hearing to which the defendant is entitled in this district and requests those hearings be held in prosecuting district at a time set by that Court
    __no proceedings here; wants all hearings in NDTX__
- [x] Defendant ordered removed to prosecuting district
- [ ] Dft motion _____   [ ] Gvt motion _____
- [ ] Defendant failed to appear  [ ] oral order for arrest warrant;   [ ] bond forfeited
- [ ] Defendant released on Conditions of Release
- [x] Defendant remanded to the custody of the United States Marshal.
- [x] __10:53am__ recess

```
MIME-Version:1.0
From:txedCM@txed.uscourts.gov
To:txedcmcc@txed.uscourts.gov
Bcc:
--Case Participants: Christopher Andrew Eason (chris.eason@usdoj.gov,
natalie.gilley@usdoj.gov), Robert Gerard Arrambide (dawn_m_koning@fd.org,
fpdtxe@sbcglobal.net, kara_powell@fd.org, robert_arrambide@fd.org, sarah_capp@fd.org),
Magistrate Judge Christine A. Nowak (christine_nowak@txed.uscourts.gov,
emileigh_hubbard@txed.uscourts.gov, keary_conrad@txed.uscourts.gov,
melissa_broadway@txed.uscourts.gov)
--Non Case Participants: USM Plano/Sherman (usm_notify_planosherman@txed.uscourts.gov),
USPO Sherman (txep_notify_sherman@txep.uscourts.gov)
--No Notice Sent:

Message-Id:9952296@txed.uscourts.gov
Subject:Activity in Case 4:15-mj-00495-CAN USA v. Crumpley Arrest - Rule 5c
```

Content−Type: text/html

## U.S. District Court [LIVE]

## Eastern District of TEXAS

### Notice of Electronic Filing

The following transaction was entered on 12/11/2015 at 1:33 PM CST and filed on 12/10/2015

**Case Name:**          USA v. Crumpley
**Case Number:**        4:15−mj−00495−CAN
**Filer:**
**Document Number:**  No document attached
**Docket Text:**
  **Arrest (Rule 5c) of Laura Christine Crumpley (pad, )**


**4:15−mj−00495−CAN−1 Notice has been electronically mailed to:**

Christopher Andrew Eason   chris.eason@usdoj.gov, natalie.gilley@usdoj.gov

Robert Gerard Arrambide   robert_arrambide@fd.org, dawn_m_koning@fd.org, fpdtxe@sbcglobal.net, kara_powell@fd.org, sarah_capp@fd.org

**4:15−mj−00495−CAN−1 Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NUMBER 4:15MJ495 |
| § | Other District No. 3:15CR431-K |
| LAURA CHRISTINE CRUMPLEY § | |

## ORDER APPOINTING COUNSEL

Based upon the completed Affidavit or testimony of the Defendant in this cause, concerning his/her financial ability to employ counsel, the Court finds as follows. Defendant is entitled to counsel, but cannot afford to hire a private attorney; so the Federal Public Defender is appointed to represent Defendant in all further proceedings herein.

The Court notes the appearance of Robert Arrambide to represent Defendant.

Dated this the 11th day of December, 2015.

Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

USCA56

# UNITED STATES DISTRICT COURT
for the
EASTERN District of TEXAS

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:15MJ495 |
| LAURA CHRISTINE CRUMPLEY | ) | |
| _____ | ) | Charging District's Case No. 3:15CR431-K |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* U. S District Court, Northern District of Texas, Dallas Division                                                                 .

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)  a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)  a hearing on any motion by the government for detention;

(6)  request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

  ~~an identity hearing and production of the warrant.~~

  ~~a preliminary hearing.~~

  ~~a detention hearing.~~

  an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Dec 11, 2015

*Defendant's signature*

*Signature of defendant's attorney*

Robert Arramborde AFD

*Printed name of defendant's attorney*

USCA57

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  4:15MJ495 |
| ) | |
| LAURA CHRISTINE CRUMPLEY ) | Charging District's |
| Defendant ) | Case No.   3:15CR-431-K |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   Northern   District of  Texas  .

The defendant may need an interpreter for this language:  _____ .

The defendant:  ☐ will retain an attorney.
                ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  Dec 11, 2015

_Judge's signature_

Christine A. Nowak, United States Magistrate Judge
_Printed name and title_